District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIFATAH ADEN SALAH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-1889-TL<br><br>STIPULATED MOTION AND ORDER TO REMAND<br><br>Noted for Consideration:<br>**February 6, 2024** |

　　The parties STIPULATE and MOVE under Local Civil Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration Services ("USCIS") for adjudication of Plaintiff's N-400, Application for Naturalization. In support of this motion, USCIS represents that it will schedule an interview for Plaintiff to be held by February 29, 2024. USCIS further agrees to adjudicate Plaintiff's N-400 Application within ninety days of the interview date.

　　Accordingly, the parties stipulate that the case is dismissed without prejudice and with leave to refile if necessary and is remanded to USCIS for the purpose of adjudicating Plaintiff's N-400 Application in the time stated above. The parties shall bear their own costs and fees.

Stipulated Motion and Order to Remand - 1
No. 23-cv-1889-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 6th day of February, 2024.

| | |
|---|---|
| GIBBS HOUSTON PAUW | TESSA M. GORMAN<br>United States Attorney |
| */s/ Minda A. Thorward*<br>Minda A. Thorward, WSBA #47594<br>1000 Second Avenue, Suite 1600<br>Seattle, WA 98104<br>Phone: (206) 682-1080<br>Email:  minda.thorward@ghp-law.net | */s/Michelle R. Lambert*<br>Michelle R. Lambert, NYS#4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Ste. 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email:  michelle.lambert@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | *I certify that this memorandum contains 114 words, in compliance with the Local Civil Rules.* |

Stipulated Motion and Order to Remand - 2
No. 23-cv-1889-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is hereby ORDERED that the case is REMANDED to USCIS and DISMISSED without prejudice and without an award of costs or fees to either Party. The Government SHALL SCHEDULE an interview of Plaintiff, to be held **on or before February 29, 2024**. USCIS SHALL ISSUE a decision on Plaintiff's N-400 Application **within ninety (90) days of the interview date**.

Dated this 6th day of February 2024.

_____
Tana Lin
United States District Judge

Stipulated Motion and Order to Remand - 3
No. 23-cv-1889-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970